# UNITED STATES GOVERNMENT MEMORANDUM



**To:**       The Honorable Peter Bray

**From:**     Azuree' Jackson, Sr. USPO

**Subject:**  BETTS, Sacha, Docket No. 4:25CR00345

**Date:**     June 8, 2026

---

Sacha Betts was placed on pretrial supervision on July 11, 2025, with bond conditions that includes: location monitoring-home detention with GPS, monitoring software for one authorized computer and one authorized phone with a specific contact list. A violation petition/PS8 was filed April 22, 2026, alleging that Ms. Betts was not using her authorized phone and admitted to using her daughter's phone and iPad, without permission. An Initial Appearance is reset for June15, 2026, at 10am, before Your Honor. A Motion to Continue was filed June 3, 2026, and is currently pending.

Andrew Pennebaker, the trial attorney, criminal division, for the Department of Justice is assigned to this case and will be representing the government in the hearing. His office is requesting pertinent information related to Ms. Betts case to include: data for her monitored phone and computer, data/points associated with her GPS monitoring, Ms. Betts current address, and her approved contact/phone list. Mr. Pennebaker advised the reason for needing the above-mentioned requests as the Court set clear conditions of release that Ms. Betts and her attorneys fully agreed to comply with, but the government has reason to believe that Ms. Betts is not abiding by her bond conditions and will continue to not do so. The government also advised this information is needed to ascertain the extent to which Ms. Betts used prohibited devices and/or communicated with unauthorized individuals and to be able to fully apprise the Court of Ms. Bett's activities. Furthermore, at a recent modification hearing, Ms. Betts counsel made several claims before Judge Bennett regarding job prospects and daily activities of Ms. Betts and her daughter that the government would like to investigate further. The government believes there are no conditions that will secure Ms. Betts appearance and ensure the safety of the community.

Therefore, does the Court authorize the probation office to release this information to the Government? If this request is approved, the probation office will submit the above-mentioned requests to both parties, the government and defense.

Thank you.

Reviewed and Approved:                          Respectfully,

Donielle Dominguez, Supervising                 Azuree' Jackson
United States Probation Officer                 Senior United States Probation Officer

THE COURT ORDERS

☐      Approved: Probation can release data from Sacha Betts monitored phone and computer; Ms. Betts GPS data and points; Ms. Betts address; and her approved contact list.

☐      Denied.

☒      Other:  The court defers ruling on the government's request pending a response from the Defendant. The government may file a motion requesting release of the information by close of business on June 10, 2026. The Defendant may respond by close of business on June 12, 2026. The motion and response shall be filed on the court's docket and delivered in hard copy to the undersigned's chambers on the day they are filed. The parties shall address whether 18 U.S.C. § 3153 and any regulations promulgated under that statute might impact the court's resolution of this issue.

This order and the attached memorandum from Probation shall be filed on the court's docket immediately.

June 09, 2026
Date

Honorable Peter Bray
United States Magistrate Judge